IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TONY VAN NGUYEN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANDREW M. SAUL, | : | |
| Commissioner of Social Security | : | |
| Administration | : | NO. 18-3802 |

## ORDER

AND NOW, this 31st day of July, 2019, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, defendant's Response to Request for Review of Plaintiff, and plaintiff's reply thereto, defendant's Motion to Stay (Doc. 21), and plaintiff's Motion to Permit Withdrawal of Second Issue Presented (Doc. 22), it is hereby

**O R D E R E D**

1. Plaintiff's Motion to Permit Withdrawal of Second Issue Presented (Doc. 22) is **GRANTED**;

2. Defendant's Motion to Stay (Doc. 21) is **DENIED AS MOOT**;

3. Plaintiff's Request for Review is **GRANTED**, and the decision of the Commissioner of the Social Security Administration is **REVERSED** to the extent that the matter is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Memorandum of Decision; and

4. Judgment is entered in favor of plaintiff, reversing the decision of the Commissioner for the purpose of this remand only.

BY THE COURT:

__/s/ Thomas J. Rueter_____
THOMAS J. RUETER
United States Magistrate Judge